IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-70096-JAD |
| | : | |
| **Howard E. Weightman and** | : | Chapter 13 |
| **Lois E. Weightman,** | : | |
|     Debtors | : | |
| | : | Related to Document No. 18 |
| **Howard E. Weightman and** | : | |
| **Lois E. Weightman,** | : | |
|     Movants | : | FILED |
| | : | 3/21/17 3:58 pm |
| vs. | : | CLERK |
| | : | U.S. BANKRUPTCY |
| **Ronda J. Winnecour** Esquire | : | COURT - WDPA |
|     Chapter 13 Trustee, | : | |
|     Respondent | : | |

## ORDER

**AND NOW**, on this _21st_ day of _March,_ 2017, upon consideration of the Motion of the above reference Debtor(s), praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor(s) to file their Chapter 13 Petition, Chapter 13 Plan, Schedules, and Pay Advices be hereby extended to and including March 27, 2017. _No further extensions will be provided._

BY THE COURT:

_____
Hon. Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Howard E Weightman
Lois E Weightman
     Debtors

Case No. 17-70096-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: culy     Page 1 of 1     Date Rcvd: Mar 21, 2017
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2017.
db/jdb     +Howard E Weightman,    Lois E Weightman,    3192 Main Rd,    Bedford, PA 15522-3901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2017 at the address(es) listed below:
         James    Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
         Lawrence W. Willis    on behalf of Joint Debtor Lois E Weightman help@urfreshstrt.com, urfreshstrt@gmail.com
         Lawrence W. Willis    on behalf of Debtor Howard E Weightman help@urfreshstrt.com, urfreshstrt@gmail.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                           TOTAL: 5