IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-70096-JAD |
| | : | |
| Howard Weightman and | : | CHAPTER 13 |
| Lois Weightman | : | |
| Debtors | : | Filed Pursuant to Rule 1007-4 |
| | : | |
| Howard Weightman, | : | |
| Movant | : | |

## VERIFICATION REGARDING PROOF OF INCOME

I, **Howard Weightman**, hereby state as follows:

1. I am retired.

2. I receive Social Security Benefits in the amount of $1,550.00 per month.

3. I receive a monthly pension of $1,650.00.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>March 15, 2017</u>    /s/ <u>Howard Weightman</u>
　　　　　　　　　　　　　　　　　　　　Howard Weightman
　　　　　　　　　　　　　　　　　　　　Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 17-70096-JAD |
| Howard Weightman and | CHAPTER 13 |
| Lois Weightman | |
| Debtors | Filed Pursuant to Rule 1007-4 |
| Lois Weightman, | |
| Movant | |

## VERIFICATION REGARDING PROOF OF INCOME

I, **Lois Weightman,** hereby state as follows:

1. I am retired.

2. I receive Social Security Benefits in the amount of $600.00 per month.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: March 15, 2017            /s/ **Lois Weightman**
                                **Lois Weightman**
                                Debtor