| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Howard E Weightman** | Social Security number or ITIN | **xxx–xx–9241** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lois E Weightman** | Social Security number or ITIN | **xxx–xx–1403** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  **13**  **2/10/17** | |
| Case number: **17–70096–JAD** | | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Howard E Weightman | Lois E Weightman |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3192 Main Rd<br>Bedford, PA 15522 | 3192 Main Rd<br>Bedford, PA 15522 |
| 4. | **Debtor's attorney**<br>Name and address | Lawrence W. Willis<br>Willis & Associates<br>201 Penn Center Blvd<br>Suite 400<br>Pittsburgh, PA 15235 | Contact phone 412–825–5170 |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566 |
| 6. | **Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open Monday – Friday<br>9:00 AM – 4:30 PM<br>Contact phone 412–644–2700<br>Date: 3/27/17 |
| | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>**Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | | |

**For more information, see page 2**

Debtor **Howard E Weightman** and **Lois E Weightman**                  Case number **17−70096−JAD**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>**Debtor's Photo ID and Social Security Card Must be Presented at the 341 Meeting** | **April 21, 2017 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/20/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/20/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/9/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan, a copy of which is enclosed. An initial hearing on confirmation of the plan will be conciliated by the chapter 13 trustee and will be held immediately following the meeting of creditors. Objections to the plan must be filed 7 days prior to the first date set for the meeting of creditors. Objections to holding the initial confirmation hearing immediately following the meeting of creditors must be filed 14 days prior to the first date set for the meeting of creditors. Any party filing an objection to the plan and/or the holding of an initial confirmation hearing immediately following the meeting of creditors must appear in person at the meeting of creditors.<br><br>Any continuance will be announced at the initial hearing. No other notice will be given. Parties must check the docket to ascertain the continued hearing date, time and location. Debtors and their counsel must attend.<br><br>The hearing on confirmation will be held on:<br>**4/21/17** at **02:00 PM**, Location: **Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. The debtor is required to timely make all payments to the trustee. The first payment is due (30) days after the Chapter 13 Plan has been filed. Any failure to make preconfirmation payments to the trustee may result in the dismissal of the case on the trustee's written or oral motion made prior to or at the plan confirmation hearing. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 17-70096-JAD
Howard E Weightman                                                      Chapter 13
Lois E Weightman
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0315-7          User: lfin                    Page 1 of 3                  Date Rcvd: Mar 27, 2017
                              Form ID: 309I                 Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2017.
db/jdb         +Howard E Weightman,    Lois E Weightman,    3192 Main Rd,    Bedford, PA 15522-3901
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14363130       +Aaa Debt Rec,    Pob 129,   Monroeville, PA 15146-0129
14366310       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14363132       +Bankamerica,    4909 Savarese Circle,   Tampa, FL 33634-2413
14363136       +Credit Control,    2410 Broad Ave,   Altoona, PA 16601-1940
14363148       +Eos Cca,   Po Box 981008,    Boston, MA 02298-1008
14388811       +First National Bank,    3320 E State Street,    Hermitage, PA 16148-3301
14363149       +First Natl Bk Of Pa,    4140 E State St,    Hermitage, PA 16148-3401
14363152       +Homeward Residential,    1525 S Belt Line Rd,    Coppell, TX 75019-4913
14363156       +Mortgage Lenders Netwo,    213 Court St Fl 11,    Middletown, CT 06457-3346
14363157       +National Recovery Agen,    2491 Paxton Street,    Harrisburg, PA 17111-1036
14388824       +Nationstar Mortgage,    350 Highland,    Houston, TX 77009-6623
14363159       +Nationstar Mortgage Ll,    350 Highland,    Houston, TX 77009-6623
14363161       +Onemain Fi,   Po Box 499,    Hanover, MD 21076-0499
14388827       +PA Department Of Revenue,    Bankruptcy Division,    PO Box 788,    Harrisburg, PA 17108-0788
14373387       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14388828       +Penelec,   PO Box 3687,    Akron, OH 44309-3687
14388830       +Reger Rizzo & Darnall,    2929 Arch Street,    Circacenter 13,    Philadelphia, PA 19104-2899
14363168        Valley Credit Service,    Po Box 7090,    Charlottesville, VA 22906-7090

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: help@urfreshstrt.com Mar 28 2017 01:48:19      Lawrence W. Willis,
                 Willis & Associates,    201 Penn Center Blvd,    Suite 400,    Pittsburgh, PA 15235
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2017 01:48:48      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Mar 28 2017 01:48:54
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14363133        EDI: BANKAMER.COM Mar 28 2017 01:48:00      Bk Of Amer,    Po Box 982238,    El Paso, TX 79998
14363134        EDI: CAPITALONE.COM Mar 28 2017 01:48:00      Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238
14363135       +EDI: WFNNB.COM Mar 28 2017 01:48:00      Comenity Bank/jssclndn,    Po Box 182789,
                 Columbus, OH 43218-2789
14363137       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Mar 28 2017 01:49:10
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14388807       +EDI: RCSFNBMARIN.COM Mar 28 2017 01:48:00      Credit One Bank,    PO Box 98873,
                 Las Vegas, NV 89193-8873
14363146       +EDI: RCSFNBMARIN.COM Mar 28 2017 01:48:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
14363147       +E-mail/Text: bknotice@erccollections.com Mar 28 2017 01:48:59      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14388810       +E-mail/Text: bankruptcynotice@fcbanking.com Mar 28 2017 01:48:28      First Commonwealth,
                 601 Philadelphia Street,    Indiana, PA 15701-3952
14363150       +EDI: AMINFOFP.COM Mar 28 2017 01:48:00      Fst Premier,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4824
14363151       +EDI: PHINAMERI.COM Mar 28 2017 01:48:00      Gm Financial,    Po Box 181145,
                 Arlington, TX 76096-1145
14388816       +EDI: IRS.COM Mar 28 2017 01:48:00      Internal Revenue Service,    Insolvency Unit,
                 PO Box 7346,   Philadelphia, PA 19101-7346
14363153        EDI: JEFFERSONCAP.COM Mar 28 2017 01:48:00      Jefferson Capital Syst,    16 Mcleland Rd,
                 Saint Cloud, MN 56303
14386227        EDI: RESURGENT.COM Mar 28 2017 01:48:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14363154       +EDI: RESURGENT.COM Mar 28 2017 01:48:00      Lvnv Funding Llc,    Po Box 10497,
                 Greenville, SC 29603-0497
14363155       +EDI: MERRICKBANK.COM Mar 28 2017 01:48:00      Merrick Bank,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
14363160       +Fax: 407-737-5634 Mar 28 2017 02:27:00      Ocwen Loan Servicing L,    1661 Worthington Rd,
                 West Palm Beach, FL 33409-6493
14363163       +EDI: PRA.COM Mar 28 2017 01:48:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
14388831        EDI: NEXTEL.COM Mar 28 2017 01:48:00      Sprint,    PO Box 7949,    Overland Park, KS 66207
14363165       +EDI: RMSC.COM Mar 28 2017 01:48:00      Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
14363166       +EDI: CHRYSLER.COM Mar 28 2017 01:48:00      Td Auto Finance,    Po Box 9223,
                 Farmington Hills, MI 48333-9223
14363167       +EDI: CITICORP.COM Mar 28 2017 01:48:00      Thd/cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
```

```
District/off: 0315-7           User: lfin              Page 2 of 3            Date Rcvd: Mar 27, 2017
                               Form ID: 309I           Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14388836        +EDI: VERIZONWIRE.COM Mar 28 2017 01:48:00      Verizon,   PO Box 25505,
                 Lehigh Valley, PA 18002-5505
                                                                                             TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,   Arlington, TX 76096-3853
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14363131*      +Aaa Debt Rec,   Pob 129,   Monroeville, PA 15146-0129
14388800*      +Aaa Debt Rec,   Pob 129,   Monroeville, PA 15146-0129
14388802*     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
14388801*      +Bankamerica,   4909 Savarese Circle,    Tampa, FL 33634-2413
14388803*     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
14388804*      +Comenity Bank/jssclndn,   Po Box 182789,    Columbus, OH 43218-2789
14388805*      +Credit Control,   2410 Broad Ave,    Altoona, PA 16601-1940
14363138*      +Credit Management Co,   2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14363139*      +Credit Management Co,   2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14363140*      +Credit Management Co,   2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14363141*      +Credit Management Co,   2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14363142*      +Credit Management Co,   2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14363143*      +Credit Management Co,   2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14363144*      +Credit Management Co,   2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14363145*      +Credit Management Co,   2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14388806*      +Credit Management Co,   2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14388808*      +Enhanced Recovery Co L,   8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14388809*      +Eos Cca,   Po Box 981008,   Boston, MA 02298-1008
14388812*      +First Natl Bk Of Pa,   4140 E State St,    Hermitage, PA 16148-3401
14388813*      +Fst Premier,   601 S Minnesota Ave,    Sioux Falls, SD 57104-4824
14388814*      +Gm Financial,   Po Box 181145,    Arlington, TX 76096-1145
14388815*      +Homeward Residential,   1525 S Belt Line Rd,    Coppell, TX 75019-4913
14388818*      +Internal Revenue Service,   William S. Moorehead Federal Building,   1000 Liberty Avenue,
                 Room 727,   Pittsburgh, PA 15222-4107
14388817*       Internal Revenue Service,   Insolvency Unit,   PO Box 628,   Pittsburgh, PA 15230
14388819*     ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Syst,    16 Mcleland Rd,   Saint Cloud, MN 56303)
14388820*      +Lvnv Funding Llc,   Po Box 10497,    Greenville, SC 29603-0497
14388821*      +Merrick Bank,   Po Box 9201,   Old Bethpage, NY 11804-9001
14388822*      +Mortgage Lenders Netwo,   213 Court St Fl 11,   Middletown, CT 06457-3346
14363158*      +National Recovery Agen,   2491 Paxton Street,    Harrisburg, PA 17111-1036
14388823*      +National Recovery Agen,   2491 Paxton Street,    Harrisburg, PA 17111-1036
14388825*      +Ocwen Loan Servicing L,   1661 Worthington Rd,    West Palm Beach, FL 33409-6493
14363162*      +Onemain Fi,   Po Box 499,   Hanover, MD 21076-0499
14388826*      +Onemain Fi,   Po Box 499,   Hanover, MD 21076-0499
14363164*      +Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
14388829*      +Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
14388832*      +Syncb/jcp,   Po Box 965007,   Orlando, FL 32896-5007
14388833*      +Td Auto Finance,   Po Box 9223,   Farmington Hills, MI 48333-9223
14388834*      +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
14388835*      +Valley Credit Service,   Po Box 7090,    Charlottesville, VA 22906-7090
                                                                                        TOTALS: 1, * 41, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-7           User: lfin              Page 3 of 3              Date Rcvd: Mar 27, 2017
                               Form ID: 309I           Total Noticed: 46
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2017 at the address(es) listed below:

```
              James    Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Joint Debtor Lois E Weightman help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Debtor Howard E Weightman help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```