IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| HOWARD E. WEIGHTMAN | : | |
|       & | : | |
| LOIS E. WEIGHTMAN, | : | |
| | : | DOCKET NO.: 17-70096-JAD |
|       DEBTORS | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
|       MOVANT | : | HEARING DATE & TIME: |
| | : | APRIL 21, 2017 @ 2:00 P.M. |
| v. | : | |
| | : | |
| HOWARD E. WEIGHTMAN | : | |
|       & | : | |
| LOIS E. WEIGHTMAN, | : | |
| | : | RELATED TO DOCKET NO.: 27 |
|       RESPONDENTS | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on April 13, 2017, by:

**17-70096-JAD Notice will be electronically mailed to:**

Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us,
RA-occbankruptcy6@state.pa.us

James Warmbrodt at bkgroup@kmllawgroup.com

Lawrence W. Willis at help@urfreshstrt.com, urfreshstrt@gmail.com

Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**17-70096-JAD Notice will not be electronically mailed to:**

Americredit Financial Service, Inc.
d/b/a GM Financial
P.O. Box 183853
Arlington, TX  76096

PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA  23541

EXECUTED ON:  April 17, 2017

                                            Respectfully submitted by,

By:    /s/ Joseph J. Swartz
        Counsel
        PA Department of Revenue
        Office of Chief Counsel
        P.O. Box 281061
        Harrisburg, PA 17128-1061
        PA Attorney I.D.:  309233
        Phone: (717) 346-4645
        Facsimile: (717) 772-1459
        JoseSwartz@pa.gov