MINUTES OF CHAPTER 12 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

FILED
5/1/17 9:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Name: Weightman _____ JAD
Date of Meeting: 4/2/17
Case Number: 17-70096   Recording # 19
Debtor(s) present ✓ or Not Present ___ (___ No Payments Made or ✓ partial payments)
Attorney for debtor(s) Willis _____ (Present ✓ or Not Present ___)
Date of Plan at § 341: 3/21/17   Applicable commitment period ✓ 3 yrs ___ 5 yrs

Vince for Pa Dept of Revenue
2013 - 2016 Returns unfiled.
100% Based on LAT    Grand piano (worth $10000)
                     Fifth wheel ($15,000)

{ Allegheny Apple - closed Nov 2015  3/7 - 11/15 gift shop
{ Big Apple Theater - never operated
{ Longwood Country Center was fictitious name for Allegheny Apple.
  ↓ suppose to provide vendors place to sell wares (like a flea market)

154 N. Richards street - in foreclosure
Debtors to provide copy of Deed for property and
foreclosure complaint (Debtors claim has no value)
                                    → going to file chapter 11
                                    Thinks there is value in the assets.

___ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
                                    ___ Order to Show Cause Requested
                                    ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due:_____ ; Objections due:_____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
___ 341 Meeting  OR ✓ Conciliation Conf. OR ___ *Contested Hearing
On 7/6/17    at 3:00 am/pm Location _____

No payments
Continued
for proof
of payment

Chapter 13 Trustee/Attorney for Trustee