IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

HOWARD E. WEIGHTMAN and          :     Bankruptcy No. 17-70096-JAD
LOIS E. WEIGHTMAN,                :
                                  :
                                  :     Related To Doc. No. 22
                                  :
                                  :
         Debtors.                 :     Chapter 13
_____ X


# ORDER CANCELLING and RESCHEDULING HEARING

AND NOW, this **19th** day of **July**, **2017**, **IT IS HEREBY ORDERED** that the hearing scheduled for Friday, July 28, 2017, at 10:00 AM, regarding the *Contested Confirmation Of Debtors' Chapter 13 Plan Dated March 21, 2017*, **IS CANCELLED and RESCHEDULED** to **Tuesday, August 1, 2017, at 10:00 AM** in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901.*

_____
JEFFERY A. DELLER          mas
Chief U.S. Bankruptcy Judge


\* Video Conferencing equipment has been installed in Courtroom B in Johnstown, PA and in Courtroom D in Pittsburgh, PA. Parties may appear at either location.


**CASE ADMINISTRATOR SHALL SERVE:**
All Creditors and Parties in Interest

FILED
7/19/17 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                               United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 17-70096-JAD
Howard E Weightman                                                      Chapter 13
Lois E Weightman
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0315-7          User: lfin                   Page 1 of 3                   Date Rcvd: Jul 19, 2017
                              Form ID: pdf900              Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2017.
db/jdb         +Howard E Weightman,    Lois E Weightman,   3192 Main Rd,    Bedford, PA 15522-3901
cr             +United States of America Department of the Treasur,   c/oOffice of U.S. Atty for W.D. of PA,
                 U.S. Post Office & Courthouse,   700 Grant Street, Suite 4000,   Pittsburgh, PA 15219,
                 U.S.A. 15219-1956
14363130       +Aaa Debt Rec,   Pob 129,    Monroeville, PA 15146-0129
14366310       +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
14363133      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bk Of Amer,    Po Box 982238,   El Paso, TX 79998)
14363132       +Bankamerica,   4909 Savarese Circle,    Tampa, FL 33634-2413
14363134      ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:   Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
14363135       +Comenity Bank/jssclndn,   Po Box 182789,    Columbus, OH 43218-2789
14363136       +Credit Control,    2410 Broad Ave,   Altoona, PA 16601-1940
14363148       +Eos Cca,   Po Box 981008,    Boston, MA 02298-1008
14392292       +Figi's Companies Inc.,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
14388811       +First National Bank,   3320 E State Street,    Hermitage, PA 16148-3301
14363149       +First Natl Bk Of Pa,    4140 E State St,   Hermitage, PA 16148-3401
14363150       +Fst Premier,   601 S Minnesota Ave,    Sioux Falls, SD 57104-4824
14363151       +Gm Financial,   Po Box 181145,    Arlington, TX 76096-1145
14363152       +Homeward Residential,    1525 S Belt Line Rd,   Coppell, TX 75019-4913
14650989       +MIDLAND FUNDING LLC,   PO Box 2011,    Warren, MI 48090-2011
14363156       +Mortgage Lenders Netwo,   213 Court St Fl 11,    Middletown, CT 06457-3346
14388824       +Nationstar Mortgage,    350 Highland,   Houston, TX 77009-6623
14363159       +Nationstar Mortgage Ll,   350 Highland,    Houston, TX 77009-6623
14363161       +Onemain Fi,   Po Box 499,    Hanover, MD 21076-0499
14388827       +PA Department Of Revenue,    Bankruptcy Division,   PO Box 788,    Harrisburg, PA 17108-0788
14373387       +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14407492       +Penelec,    c/o FirstEnergy,   331 Newman Springs Road, Bldg 3,    Red Bank, NJ 07701-5688
14388828       +Penelec,   PO Box 3687,    Akron, OH 44309-3687
14388830       +Reger Rizzo & Darnall,    2929 Arch Street,   Circacenter 13,    Philadelphia, PA 19104-2899
14399134       +Stoneberry,   c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14363166       +Td Auto Finance,    Po Box 9223,   Farmington Hills, MI 48333-9223
14363167       +Thd/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
14652910        UPMC Bedford,    PO Box 1123,   Minneapolis, MN 55440-1123
14363168       +Valley Credit Service,    Po Box 7090,   Charlottesville, VA 22906-7090
14388836       +Verizon,   PO Box 25505,    Lehigh Valley, PA 18002-5505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14363137       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jul 20 2017 01:04:17
                 Credit Management Co,   2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14388807       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 20 2017 00:58:48     Credit One Bank,
                 PO Box 98873,   Las Vegas, NV 89193-8873
14363146       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 20 2017 00:58:48     Credit One Bank Na,
                 Po Box 98875,   Las Vegas, NV 89193-8875
14363147       +E-mail/Text: bknotice@erccollections.com Jul 20 2017 01:04:05     Enhanced Recovery Co L,
                 8014 Bayberry Rd,   Jacksonville, FL 32256-7412
14388810       +E-mail/Text: bankruptcynotice@fcbanking.com Jul 20 2017 01:03:20     First Commonwealth,
                 601 Philadelphia Street,    Indiana, PA 15701-3952
14388816       +E-mail/Text: cio.bncmail@irs.gov Jul 20 2017 01:03:24     Internal Revenue Service,
                 Insolvency Unit,   PO Box 7346,    Philadelphia, PA 19101-7346
14363153        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 20 2017 01:04:11     Jefferson Capital Syst,
                 16 Mcleland Rd,   Saint Cloud, MN 56303
14521152        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 20 2017 01:04:11     Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
14386227        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 20 2017 00:58:50
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14363154       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 20 2017 00:58:50     Lvnv Funding Llc,
                 Po Box 10497,   Greenville, SC 29603-0497
14363155       +E-mail/Text: bkr@cardworks.com Jul 20 2017 01:03:14     Merrick Bank,   Po Box 9201,
                 Old Bethpage, NY 11804-9001
14363157       +E-mail/Text: Bankruptcies@nragroup.com Jul 20 2017 01:04:40     National Recovery Agen,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
14421417        E-mail/PDF: cbp@onemainfinancial.com Jul 20 2017 00:59:23     ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14363160       +Fax: 407-737-5634 Jul 20 2017 02:27:47     Ocwen Loan Servicing L,   1661 Worthington Rd,
                 West Palm Beach, FL 33409-6493
14391374        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 20 2017 01:03:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
```

```
District/off: 0315-7           User: lfin              Page 2 of 3              Date Rcvd: Jul 19, 2017
                               Form ID: pdf900         Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14363163       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 20 2017 01:06:28
                 Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
14388831        E-mail/Text: appebnmailbox@sprint.com Jul 20 2017 01:03:55      Sprint,   PO Box 7949,
                 Overland Park, KS 66207
14363165       +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2017 00:59:05      Syncb/jcp,   Po Box 965007,
                 Orlando, FL 32896-5007
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr              PA Dept of Revenue
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,   Arlington, TX 76096-3853
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14388800*      +Aaa Debt Rec,    Pob 129,   Monroeville, PA 15146-0129
14363131*      +Aaa Debt Rec,    Pob 129,   Monroeville, PA 15146-0129
14388802*     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
14388801*      +Bankamerica,   4909 Savarese Circle,    Tampa, FL 33634-2413
14388803*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
14388804*      +Comenity Bank/jssclndn,    Po Box 182789,   Columbus, OH 43218-2789
14388805*      +Credit Control,   2410 Broad Ave,    Altoona, PA 16601-1940
14363138*      +Credit Management Co,    2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14363139*      +Credit Management Co,    2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14363140*      +Credit Management Co,    2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14363141*      +Credit Management Co,    2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14363142*      +Credit Management Co,    2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14363143*      +Credit Management Co,    2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14363144*      +Credit Management Co,    2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14363145*      +Credit Management Co,    2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14388806*      +Credit Management Co,    2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14388808*      +Enhanced Recovery Co L,    8014 Bayberry Rd,   Jacksonville, FL 32256-7412
14388809*      +Eos Cca,   Po Box 981008,    Boston, MA 02298-1008
14388812*      +First Natl Bk Of Pa,    4140 E State St,   Hermitage, PA 16148-3401
14388813*      +Fst Premier,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4824
14388814*      +Gm Financial,    Po Box 181145,   Arlington, TX 76096-1145
14388815*      +Homeward Residential,    1525 S Belt Line Rd,   Coppell, TX 75019-4913
14388818*      +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                 Room 727,   Pittsburgh, PA 15222-4107
14388817*       Internal Revenue Service,    Insolvency Unit,   PO Box 628,   Pittsburgh, PA 15230
14388819*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Syst,    16 Mcleland Rd,   Saint Cloud, MN 56303)
14388820*      +Lvnv Funding Llc,    Po Box 10497,   Greenville, SC 29603-0497
14388821*      +Merrick Bank,    Po Box 9201,   Old Bethpage, NY 11804-9001
14388822*      +Mortgage Lenders Netwo,    213 Court St Fl 11,   Middletown, CT 06457-3346
14363158*      +National Recovery Agen,    2491 Paxton Street,   Harrisburg, PA 17111-1036
14388823*      +National Recovery Agen,    2491 Paxton Street,   Harrisburg, PA 17111-1036
14388825*      +Ocwen Loan Servicing L,    1661 Worthington Rd,   West Palm Beach, FL 33409-6493
14363162*      +Onemain Fi,   Po Box 499,    Hanover, MD 21076-0499
14388826*      +Onemain Fi,   Po Box 499,    Hanover, MD 21076-0499
14363164*      +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
14388829*      +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
14388832*      +Syncb/jcp,   Po Box 965007,    Orlando, FL 32896-5007
14388833*      +Td Auto Finance,   Po Box 9223,    Farmington Hills, MI 48333-9223
14388834*      +Thd/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
14388835*      +Valley Credit Service,    Po Box 7090,   Charlottesville, VA 22906-7090
                                                                                         TOTALS: 2, * 41, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                                      Signature:  /s/Joseph Speetjens

```
District/off: 0315-7          User: lfin              Page 3 of 3            Date Rcvd: Jul 19, 2017
                              Form ID: pdf900         Total Noticed: 50
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2017 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              James    Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Jill    Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
              Joseph Jasper Swartz     on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Lawrence W. Willis    on behalf of Joint Debtor Lois E Weightman help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Debtor    Allegheny-Apple Productions, LLC help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Debtor Howard E Weightman help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```