**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-70096-JAD |
| | : | |
| Howard E. Weightman and | : | CHAPTER 13 |
| Lois E. Weightman, | : | |
|     Debtors | : | RELATED TO DOCKET NO. 49 |
| | : | |
| Howard E. Weightman and | : | HEARING DATE AND TIME: |
| Lois E. Weightman, | : | September 19, 2017 at 10:00 AM |
|     Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Penelec, | : | |
|     Respondent(s) | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, | : | |
|     Additional Respondent | : | |

**<u>NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING OBJECTION TO PROOF OF CLAIM NUMBER 7 FILED BY PENELEC</u>**

TO THE RESPONDENT(S):

    You are hereby notified that the above Movant(s) seeks an order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the motion no later than **August 28, 2017**, i.e., thirty (30) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this to your lawyer at once.

    A hearing will be held on **September 19, 2017 at 10:00 a.m.** before Judge Deller in Court Room B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown, PA 15901. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: <u>July 28, 2017</u>                  Attorney for Movant/Applicant:

                                                                                    By: <u>/s/ Lawrence Willis Esquire</u>
                                                                                   Lawrence W Willis, Esquire

PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.825.5170
Fax: 412.823.2375
lawrencew@urfreshstrt.com
**Attorney for Debtors**