IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| HOWARD E. WEIGHTMAN<br>&<br>LOIS E. WEIGHTMAN, | |
| DEBTORS | DOCKET NO.: 17-70096-JAD<br>Doc. # 46 |
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE, | |
| MOVANT | |
| v. | |
| HOWARD E. WEIGHTMAN<br>&<br>LOIS E. WEIGHTMAN, | |
| RESPONDENTS | |

ORDER

AND NOW, this 26th day of Jul, 2017, it is hereby Ordered and Decreed that, upon consideration of the Notice of Non-compliance filed by the Pennsylvania Department of Revenue Debtors' Chapter 13 proceeding is hereby DISMISSED, with prejudice and without further hearing, based on the Debtor's failure to comply with the signed, dated, and ordered stipulation.

It is further ordered that the contested confirmation hearing scheduled for August 1, 2017, at 10:00 a.m., is hereby cancelled.

BY: _____

**FILED**
**7/26/17 9:42 am**
**CLERK**
**U.S. BANKRUPTCY**
**COURT - WDPA**

Hon. Jeffery A. Deller

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 17-70096-JAD
Howard E Weightman                                              Chapter 13
Lois E Weightman
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: lfin                  Page 1 of 1            Date Rcvd: Jul 28, 2017
                              Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2017.
db/jdb         +Howard E Weightman,    Lois E Weightman,    3192 Main Rd,    Bedford, PA 15522-3901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2017 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue    Office of Attorney General
               akovalchick@attorneygeneral.gov
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Jill   Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
              Joseph Jasper Swartz     on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Lawrence W. Willis    on behalf of Joint Debtor Lois E Weightman help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Debtor    Allegheny-Apple Productions, LLC help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Debtor Howard E Weightman help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 10