IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| HOWARD E. WEIGHTMAN AND | : | Bankruptcy No. <u>17-70096-JAD</u> |
| LOIS E. WEIGHTMAN, | : | |
| | : | |
| Debtors. | : | Chapter 13 |
| | : | |
| | : | |
| ************************************** | : | |
| HOWARD E. WEIGHTMAN AND | : | |
| LOIS E. WEIGHTMAN, | : | |
| | : | |
| Movant, | : | |
| v. | : | Doc. # 49 |
| | : | |
| PENELEC, | : | |
| | : | FILED |
| | : | 8/8/17 1:17 pm |
| | : | CLERK |
| | : | U.S. BANKRUPTCY |
| Respondents. | : | COURT - WDPA |
| | : | |

ORDER

AND NOW, this **8th** day of **August, 2017, IT APPEARS TO THE COURT THAT** an Order

was signed on **July 26, 2017**, which dismissed Bankruptcy No. **17-70096 JAD** with prejudice.

IT IS HEREBY ORDERED THAT the **Objection To Claim** filed by **Debtors** at **Doc. # 49**

IS DENIED AS MOOT.

IT IS FURTHER ORDERED THAT the **Hearing** scheduled on **Doc. #19** for **September 19,**

**2017,** at **10:00 AM** at **Courtroom B, First Floor Penn Traffic Building, 319 Washington Street,**

**Johnstown, Pennsylvania 15901.** IS HEREBY CANCELLED.

_____jsf_____
JEFFERY A. DELLER
U.S. Bankruptcy Judge

**CASE ADMINISTRATOR TO MAIL:**

cc:  **Debtors**
**Lawrence W. Willis, Esq.**
**Ronda J. Winnecour, Esq.**
**Office of the U.S. Trustee**

00021849

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                           Case No. 17-70096-JAD
Howard E Weightman                                               Chapter 13
Lois E Weightman
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: gamr          Page 1 of 1          Date Rcvd: Aug 08, 2017
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2017.
db/jdb          +Howard E Weightman,   Lois E Weightman,   3192 Main Rd,   Bedford, PA 15522-3901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2017 at the address(es) listed below:
          Anthony T. Kovalchick   on behalf of Creditor Dep't of Revenue  Office of Attorney General
           akovalchick@attorneygeneral.gov
          James  Warmbrodt   on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Jill  Locnikar   on behalf of Creditor    United States of America Department of the Treasury,
           Internal Revenue Service jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
          Joseph Jasper Swartz   on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          Larry E. Wahlquist   on behalf of U.S. Trustee   Office of the United States Trustee
           larry.e.wahlquist@usdoj.gov
          Lawrence W. Willis   on behalf of Joint Debtor Lois E Weightman help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Lawrence W. Willis   on behalf of Debtor   Allegheny-Apple Productions, LLC help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Lawrence W. Willis   on behalf of Debtor Howard E Weightman help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 10