### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-70096-JAD |
| | : | |
| Howard E. Weightman and | : | Chapter 13 |
| Lois E. Weightman, | : | |
|     Debtors | : | |
| | : | |
| Howard E. Weightman and | : | Related to Document No. 54, 55 |
| Lois E. Weightman, | : | |
|     Movants | : | |
| | : | |
| vs. | : | |
| | : | Hearing Date & Time: |
| Commonwealth of Pennsylvania | : | September 19, 2017 at 10:00 AM |
| Department of Revenue, | : | |
|     Respondent | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esq. | : | |
| Chapter 13 Trustee, | : | |
| | : | |
|     Additional Respondent: | | |

### CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I served the above captioned *Order Dated August 10, 2017 together with the Motion to Reconsider Dismissal of Case* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

| | | |
|---|---|---|
| Dated August 11, 2017 | By: | /s/ Lawrence W. Willis, Esquire |
| | | Lawrence W. Willis, Esquire |
| | | PA I.D. # 85299 |
| | | Willis & Associates |
| | | 201 Penn Center Boulevard |
| | | Pittsburgh, PA 15235 |
| | | Tel: 412.825.5170 |
| | | Fax: 412.823.2375 |
| | | Lawrencew@urfreshstrt.com |

MATRIX

Pennsylvania Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
Attn: Joseph J. Swartz, Esq.

Howard Weightman
Lois Weightman
3192 Main Road
Bedford, PA 15522

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702