Case 17-70096-JAD   Doc 58   Filed 08/24/17   Entered 08/24/17 09:31:08   Desc Main
Document      Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| HOWARD E. WEIGHTMAN | : | |
| & | : | |
| LOIS E. WEIGHTMAN, | : | |
| | : | DOCKET NO.: 17-70096-JAD |
| DEBTORS | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | |
| | : | |
| v. | : | |
| | : | |
| HOWARD E. WEIGHTMAN | : | |
| & | : | |
| LOIS E. WEIGHTMAN, | : | |
| | : | RELATED TO DOCKET NO.: 55 |
| RESPONDENTS | : | |

PENNSYLVANIA DEPARTMENT OF REVENUE'S
RESPONSE TO DEBTOR'S MOTION TO RECONSIDER DISMISSAL

NOW COMES, the Commonwealth of Pennsylvania, Department of Revenue ("Department"), by and through its Office of Chief Counsel, and Counsel Joseph J. Swartz, and submits the following response to Debtors' Motion to Reconsider Dismissal.

1. The Department consents to the Motion, as Debtors have now filed their outstanding Pennsylvania state tax returns.

Respectfully submitted by,

DATE: August 24, 2017       By:   /s/ Joseph J. Swartz, Counsel
                                  PA Department of Revenue
                                  Office of Chief Counsel
                                  P.O. Box 281061
                                  Harrisburg, PA 17128-1061
                                  PA Attorney I.D.: 309233
                                  Phone: (717) 346-4645
                                  Facsimile: (717) 772-1459
                                  Email: JoseSwartz@pa.gov