UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | HOWARD E & LOIS E WEIGHTMAN |
| Case Number: | 17-70096-JAD    Chapter: 13 |
| Date / Time / Room: | TUESDAY, SEPTEMBER 19, 2017 10:00 AM   COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

*Matter:*

Motion To Reconsider Dismissal Of Case filed by Debtors
- Consent filed by PA Dept. of Revenue 8/24/2017 at Doc. No. 58 [Due 9/12/2017]
- Response [In Opposition] filed by Internal Revenue Service 9/12/2017 at Doc. No. 60
R / M #:  54 / 0

*Appearances:*

CHAPTER 13 TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTORS: LAWRENCE W. WILLIS, ESQUIRE
CREDITOR: JOSEPH J. SWARTZ, ESQUIRE for PA DEPT. OF REVENUE  /C. Palmer-
CREDITOR: JILL LOCNIKAR, ESQUIRE for IRS

*Proceedings:*

____ Motion is GRANTED / DENIED    M OE.
____ Special Type Of Order:
____ CONTINUE MATTER:
    ____ For At Least ____ Days (Court To Issue Scheduling Order)
    ____ To Hearing Date Of _____ at ____ AM/PM at
    ____ To Conciliation Conference For _____ at
           _____ AM/PM at _____
____ ISSUE EVIDENTIARY HEARING NOTICE
    ____ Evidentiary Hearing On Value And Cram-Down Interest
    ____ Complex / Pretrial Order - NONJURY / JURY
    ____ Simple / Pretrial Order - NONJURY / JURY
    ____ Parties To Undertake Discovery - Discovery Period: ____ days
____ SETTLEMENT STIPULATION IS DUE _____
____ OTHER:

- modified o/e  9/20/2017

FILED
9/20/17 1:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge