**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 17-70096-JAD |
| | : | |
| HOWARD E. WEIGHTMAN AND | : | |
| LOIS E. WEIGHTMAN, | : | Chapter 13 |
| | : | |
| DEBTORS. | : | |
| | : | |
| | : | Doc. No. |
| HOWARD E. WEIGHTMAN AND | : | |
| LOIS E. WEIGHTMAN, | : | Related to Doc. No. 48 |
| MOVANTS | : | |
| | : | |
| V. | : | |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA DEPARTMENT | : | |
| OF REVENUE, AND RONDA J. | : | |
| WINNECOUR, CHAPTER 13 | : | |
| TRUSTEE | : | |
| RESPONDENTS. | : | |

## **ORDER**

This Court held a hearing on the Debtors' *Motion to Reconsider Dismissal of Case* (ECF No. 48) on September 19, 2017. For the reasons stated on the record,

IT IS HEREBY ORDERED that the Debtors' *Motion to Reconsider Dismissal of Case* (ECF No. 48) is hereby granted.

{00022182}

IT IS FURTHER ORDERED that the Debtors shall that the Debtors shall file their 2013 and 2016 Federal Tax Returns within 30 days of the date of the Order.

IT IS FURTHER ORDERED that the Debtors shall file an Affidavit certifying compliance with this Order within 35 days of the date of this Order.

IT IS FURTHER ORDERED that the Debtors shall send a copy of their 2013 and 2016 Federal Tax Returns to Lawrence Palmer, Esquire, Counsel to the PA Department of Revenue, Jill Locnikar, Esquire, Assistant U.S. Attorney, and to the Chapter 13 Trustee, within 35 days of the date of this Order.

IT IS FURTHER ORDERED that the failure of the Debtors to comply with this Order shall result in the dismissal of this Bankruptcy Case.

BY THE COURT,

Dated: September 19, 2017

/s/ Jeffery A. Deller
JEFFERY A. DELLER
Chief United States Bankruptcy Judge

Court Administrator to serve

Debtors, Counsel to the Debtors, Chapter 13 Trustee, Lawrence Palmer, Esquire, Counsel to the PA Department of Revenue, Jill Locnikar, Esquire, Assistant U.S. Attorney

{00022182}

FILED
9/20/17 1:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                       Case No. 17-70096-JAD
Howard E Weightman                                                           Chapter 13
Lois E Weightman
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-7           User: lfin                   Page 1 of 1              Date Rcvd: Sep 20, 2017
                               Form ID: pdf900              Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2017.
db/jdb         +Howard E Weightman,    Lois E Weightman,   3192 Main Rd,    Bedford, PA 15522-3901
               +Lawrence Palmer,    564 Forbes Avenue,   Pittsburgh, PA 15219-2908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2017 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue    Office of Attorney General
               akovalchick@attorneygeneral.gov
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              Joseph Jasper Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Kevin J. Petak    on behalf of Creditor James R Casteel kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Kevin J. Petak    on behalf of Creditor Barbara A. Casteel kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Lawrence W. Willis    on behalf of Joint Debtor Lois E Weightman help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Debtor    Allegheny-Apple Productions, LLC help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Debtor Howard E Weightman help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 12