IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 17-70096JAD |
| Howard E. Weightman ) | |
| Lois E. Weightman ) | Chapter 13 |
|     Debtor(s) ) | |
| ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Movant(s) ) | |
|     Vs. ) | |
| Howard E. Weightman ) | |
| Lois E. Weightman ) | |
|     Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing.  If a written response is timely filed, a hearing on the Trustee's motion will be held on November 17, 2017 at 10:00 a.m. before Judge Deller in Courtroom B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown PA 15901.(Video Conferencing will be available in Courtroom D in Pittsburgh.) Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response with the Bankruptcy Court and serve a copy on the Trustee on or before November 6, 2017.

|  |  |
|---|---|
|  | /s Ronda J. Winnecour |
| 10/17/17 | Ronda J. Winnecour (PA I.D.#30399) |
| date | Attorney and the Chapter 13 Trustee |
|  | U.S. Steel Tower – Suite 3250 |
|  | 600 Grant Street |
|  | Pittsburgh, PA  15219 |
|  | cmecf@chapter13trusteewdpa.com |