IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 17-70096JAD |
| Howard E. Weightman | ) | |
| Lois E. Weightman | ) | Chapter 13 |
|     Debtor(s) | ) | |
| | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | |
|     Vs. | ) | |
| Howard E. Weightman | ) | |
| Lois E. Weightman | ) | |
|     Respondent(s) | ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing.  If a written response is timely filed, a hearing on the Trustee's motion will be held on **November 17, 2017 at 10:00 a.m. before Judge Deller in Courtroom B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown PA 15901.(Video Conferencing will be available in Courtroom D in Pittsburgh.)** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response with the Bankruptcy Court and serve a copy on the Trustee on or before **November 6, 2017.**

|  |  |
|---|---|
|  | /s Ronda J. Winnecour |
| 10/17/17 | Ronda J. Winnecour (PA I.D.#30399) |
| date | Attorney and the Chapter 13 Trustee |
|  | U.S. Steel Tower – Suite 3250 |
|  | 600 Grant Street |
|  | Pittsburgh, PA  15219 |
|  | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 17-70096-JAD
Howard E Weightman                                              Chapter 13
Lois E Weightman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jfur            Page 1 of 3            Date Rcvd: Oct 18, 2017
                              Form ID: pdf900       Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
db/jdb          +Howard E Weightman,   Lois E Weightman,   3192 Main Rd,   Bedford, PA 15522-3901
cr              +United States of America Department of the Treasur,   c/oOffice of U.S. Atty for W.D. of PA,
                 U.S. Post Office & Courthouse,   700 Grant Street, Suite 4000,   Pittsburgh, PA  15219,
                 U.S.A. 15219-1956
14363130        +Aaa Debt Rec,   Pob 129,   Monroeville, PA 15146-0129
14366310        +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
14363133       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bk Of Amer,   Po Box 982238,   El Paso, TX 79998)
14363132        +Bankamerica,   4909 Savarese Circle,   Tampa, FL 33634-2413
14363134       ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One Bank Usa N,   15000 Capital One Dr,
                 Richmond, VA 23238)
14363135        +Comenity Bank/jssclndn,   Po Box 182789,   Columbus, OH 43218-2789
14363136        +Credit Control,   2410 Broad Ave,   Altoona, PA 16601-1940
14363148        +Eos Cca,   Po Box 981008,   Boston, MA 02298-1008
14392292        +Figi's Companies Inc.,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,
                 Dallas, TX 75380-0849
14388811        +First National Bank,   3320 E State Street,   Hermitage, PA 16148-3301
14363149        +First Natl Bk Of Pa,   4140 E State St,   Hermitage, PA 16148-3401
14363150        +Fst Premier,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4824
14363151        +Gm Financial,   Po Box 181145,   Arlington, TX 76096-1145
14363152        +Homeward Residential,   1525 S Belt Line Rd,   Coppell, TX 75019-4913
14363156        +Mortgage Lenders Netwo,   213 Court St Fl 11,   Middletown, CT 06457-3346
14662547       ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,   P.O. Box 619096,   Dallas, TX 75261)
14388824        +Nationstar Mortgage,   350 Highland,   Houston, TX 77009-6623
14363159        +Nationstar Mortgage Ll,   350 Highland,   Houston, TX 77009-6623
14388827        +PA Department Of Revenue,   Bankruptcy Division,   PO Box 788,   Harrisburg, PA 17108-0788
14388828        +Penelec,   PO Box 3687,   Akron, OH 44309-3687
14407492       #+Penelec,   c/o FirstEnergy,   331 Newman Springs Road, Bldg 3,   Red Bank, NJ 07701-6771
14388830        +Reger Rizzo & Darnall,   2929 Arch Street,   Circacenter 13,   Philadelphia, PA 19104-2899
14399134        +Stoneberry,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
14363166        +Td Auto Finance,   Po Box 9223,   Farmington Hills, MI 48333-9223
14363167        +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
14652910         UPMC Bedford,   PO Box 1123,   Minneapolis, MN 55440-1123
14363168        +Valley Credit Service,   Po Box 7090,   Charlottesville, VA 22906-7090
14388836        +Verizon,   PO Box 25505,   Lehigh Valley, PA 18002-5505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14363137        +E-mail/Text: kcarter@creditmanagementcompany.com Oct 19 2017 01:17:52    Credit Management Co,
                 2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14388807        +E-mail/PDF: creditonebknotifications@resurgent.com Oct 19 2017 01:24:26    Credit One Bank,
                 PO Box 98873,   Las Vegas, NV 89193-8873
14363146        +E-mail/PDF: creditonebknotifications@resurgent.com Oct 19 2017 01:24:12    Credit One Bank Na,
                 Po Box 98875,   Las Vegas, NV 89193-8875
14363147        +E-mail/Text: bknotice@erccollections.com Oct 19 2017 01:17:34    Enhanced Recovery Co L,
                 8014 Bayberry Rd,   Jacksonville, FL 32256-7412
14388810        +E-mail/Text: bankruptcynotice@fcbanking.com Oct 19 2017 01:16:43    First Commonwealth,
                 601 Philadelphia Street,   Indiana, PA 15701-3952
14388817         E-mail/Text: cio.bncmail@irs.gov Oct 19 2017 01:16:47    Internal Revenue Service,
                 Insolvency Unit,   PO Box 628,   Pittsburgh, PA 15230
14363153         E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 19 2017 01:17:45    Jefferson Capital Syst,
                 16 Mcleland Rd,   Saint Cloud, MN 56303
14521152         E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 19 2017 01:17:46    Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
14386227         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2017 01:24:28
                 LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14363154        +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2017 01:24:13    Lvnv Funding Llc,
                 Po Box 10497,   Greenville, SC 29603-0497
14650989        +E-mail/Text: bankruptcydpt@mcmcg.com Oct 19 2017 01:17:25    MIDLAND FUNDING LLC,
                 PO Box 2011,   Warren, MI 48090-2011
14363155        +E-mail/Text: bkr@cardworks.com Oct 19 2017 01:16:36    Merrick Bank,   Po Box 9201,
                 Old Bethpage, NY 11804-9001
14363157        +E-mail/Text: Bankruptcies@nragroup.com Oct 19 2017 01:18:21    National Recovery Agen,
                 2491 Paxton Street,   Harrisburg, PA 17111-1036
14421417         E-mail/PDF: cbp@onemainfinancial.com Oct 19 2017 01:24:08    ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14363160        +Fax: 407-737-5634 Oct 19 2017 01:51:43    Ocwen Loan Servicing L,   1661 Worthington Rd,
                 West Palm Beach, FL 33409-6493
14363161        +E-mail/PDF: cbp@onemainfinancial.com Oct 19 2017 01:24:34    Onemain Fi,   Po Box 499,
                 Hanover, MD 21076-0499

```
District/off: 0315-7          User: jfur           Page 2 of 3          Date Rcvd: Oct 18, 2017
                             Form ID: pdf900       Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14661995        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2017 01:24:44
                  Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14373387       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2017 01:46:34
                  PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14391374        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2017 01:17:09
                  Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
14363163       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2017 01:46:36
                  Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
14388831        E-mail/Text: appebnmailbox@sprint.com Oct 19 2017 01:17:21      Sprint,   PO Box 7949,
                  Overland Park, KS 66207
14363165       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2017 01:24:22      Syncb/jcp,   Po Box 965007,
                  Orlando, FL 32896-5007
                                                                            TOTAL: 22


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr              PA Dept of Revenue
cr*            +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14388800*      +Aaa Debt Rec,   Pob 129,   Monroeville, PA 15146-0129
14363131*      +Aaa Debt Rec,   Pob 129,   Monroeville, PA 15146-0129
14388802*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,   Po Box 982238,   El Paso, TX 79998)
14388801*      +Bankamerica,   4909 Savarese Circle,   Tampa, FL 33634-2413
14388803*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital One Bank Usa N,   15000 Capital One Dr,
                  Richmond, VA 23238)
14388804*      +Comenity Bank/jssclndn,   Po Box 182789,   Columbus, OH 43218-2789
14388805*      +Credit Control,   2410 Broad Ave,   Altoona, PA 16601-1940
14363138*      +Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14363139*      +Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14363140*      +Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14363141*      +Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14363142*      +Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14363143*      +Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14363144*      +Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14363145*      +Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14388806*      +Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14388808*      +Enhanced Recovery Co L,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
14388809*      +Eos Cca,   Po Box 981008,   Boston, MA 02298-1008
14388812*      +First Natl Bk Of Pa,   4140 E State St,   Hermitage, PA 16148-3401
14388813*      +Fst Premier,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4824
14388814*      +Gm Financial,   Po Box 181145,   Arlington, TX 76096-1145
14388815*      +Homeward Residential,   1525 S Belt Line Rd,   Coppell, TX 75019-4913
14388816*      +Internal Revenue Service,   Insolvency Unit,   PO Box 7346,   Philadelphia, PA 19101-7346
14388818*      +Internal Revenue Service,   William S. Moorehead Federal Building,   1000 Liberty Avenue,
                  Room 727,   Pittsburgh, PA 15222-4107
14388819*     ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court:  Jefferson Capital Syst,   16 Mcleland Rd,   Saint Cloud, MN 56303)
14388820*      +Lvnv Funding Llc,   Po Box 10497,   Greenville, SC 29603-0497
14388821*      +Merrick Bank,   Po Box 9201,   Old Bethpage, NY 11804-9001
14388822*      +Mortgage Lenders Netwo,   213 Court St Fl 11,   Middletown, CT 06457-3346
14363158*      +National Recovery Agen,   2491 Paxton Street,   Harrisburg, PA 17111-1036
14388823*      +National Recovery Agen,   2491 Paxton Street,   Harrisburg, PA 17111-1036
14388825*      +Ocwen Loan Servicing L,   1661 Worthington Rd,   West Palm Beach, FL 33409-6493
14363162*      +Onemain Fi,   Po Box 499,   Hanover, MD 21076-0499
14388826*      +Onemain Fi,   Po Box 499,   Hanover, MD 21076-0499
14363164*      +Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
14388829*      +Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
14388832*      +Syncb/jcp,   Po Box 965007,   Orlando, FL 32896-5007
14388833*      +Td Auto Finance,   Po Box 9223,   Farmington Hills, MI 48333-9223
14388834*      +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
14388835*      +Valley Credit Service,   Po Box 7090,   Charlottesville, VA 22906-7090
                                                                        TOTALS: 2, * 41, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-7          User: jfur           Page 3 of 3          Date Rcvd: Oct 18, 2017
                             Form ID: pdf900       Total Noticed: 52
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
          Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
           akovalchick@attorneygeneral.gov
          James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
           Internal Revenue Service jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
          Joseph Jasper Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          Kevin J. Petak    on behalf of Creditor James R Casteel kpetak@spencecuster.com,
           mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
          Kevin J. Petak    on behalf of Creditor Barbara A. Casteel kpetak@spencecuster.com,
           mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
          Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
           larry.e.wahlquist@usdoj.gov
          Lawrence W. Willis    on behalf of Debtor Howard E Weightman help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Lawrence W. Willis    on behalf of Joint Debtor Lois E Weightman help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Lawrence W. Willis    on behalf of Debtor    Allegheny-Apple Productions, LLC help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                      TOTAL: 12
```