## LOCAL BANKRUPTCY FORM NO. 24

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Howard E. Weightman and | : | **Chapter 13** |
| Lois E. Weightman, | : | |
| **Movant** | : | **Bankruptcy No. 17-70096-JAD** |
| _____ | : | |
| **Lawrence Willis, Esquire /** | : | |
| **Willis & Associates,** | : | **Related to Docket No. 69** |
| **Applicant** | : | |
| | : | **Hearing Date and Time:** |
| **vs.** | : | **December 15, 2017 at 10:00 am** |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

## SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF LAWRENCE W WILLIS, ESQUIRE

To All Creditors and Parties in Interest:

1.  Applicant represents  **Howard E. Weightman and Lois E. Weightman.**
2.  This is (check one)
      X      a final application
    _____ an interim application
    for the period February 1, 2017 to November 20, 2017
3.  Previous retainer paid to Applicant: $1,500.00.
4.  Previous interim compensation allowed to Applicant (including the retainer): $1,500.00.
5.  Applicant requests additional:
    Compensation of $2,963.12.
    Reimbursement of Expenses of $  N/A  .
6.  A hearing on the Application will be held in Courtroom B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown, PA 15901 at 10:00 a.m., on December 15, 2017.
7.  Any written objections must be filed with the Court and served on the Applicant on or before December 7, 2017 (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the applicant.

Date of Service: November 20, 2017                    Attorney for Movant/Applicant:

/s/ Lawrence W Willis Esq
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.825.5170

Fax: 412.823.2375
Email: lawrencew@urfreshstrt.com
Attorney for Debtors