# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | HOWARD E & LOIS E WEIGHTMAN |
| Case Number: | 17-70096-JAD    Chapter: 13 |
| Date / Time / Room: | FRIDAY, NOVEMBER 17, 2017 10:00 AM   COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | JEFF FURIS |
| Reporter / ECR: | N/A |

## Matter:

Motion To Dismiss filed by Ronda J. Winnecour, Chapter 13 Trustee
- Response Filed by Debtor on 11/6/17 at Doc. # 68
R / M #:  64 / 0

## Appearances:

TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): Lawrence W. Willis, Esq.
CREDITOR:

## Proceedings:

____ Motion is GRANTED  ✓ DENIED
____ Special Type Of Order:
____ CONTINUE MATTER:
    ____ For At Least ____ Days (Court To Issue Scheduling Order)
    ____ To Hearing Date Of _____ at _____ AM/PM at _____
    ____ To Conciliation Conference For _____ at _____
        ____ AM/PM at _____
____ ISSUE EVIDENTIARY HEARING NOTICE
    ____ Evidentiary Hearing On Value And Cram-Down Interest
    ____ Complex / Pretrial Order -  NONJURY   /   JURY
    ____ Simple / Pretrial Order - NONJURY   /   JURY
    ____ Parties To Undertake Discovery - Discovery Period: ____ days
____ SETTLEMENT STIPULATION IS DUE _____
____ OTHER:

- o/e 11/20/2017 granting motion

FILED
11/20/17 2:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge