## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Howard E. Weightman and Lois E. Weightman,  :<br>　　　　Movant  : | Chapter 13 |
| _____  : | Bankruptcy No. 17-70096-JAD |
| Lawrence Willis, Esquire /<br>Willis & Associates,  :<br>　　　　Applicant  : | Related to Docket No. 69 |
| vs.  : | FILED<br>11/20/17 2:04 pm |
| Ronda J. Winnecour, Esquire,<br>Chapter 13 Trustee,  :<br>　　　　Respondent  : | CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

### ORDER

**AND NOW**, this __20th__ day of __November__, 2017, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED and DECREED that the Application in its face amount of $2,963.12 for Additional Compensation for services rendered by Lawrence W Willis, Esquire as Attorney for the Debtor is allowed, and the additional sum of $2,000.00 is to be paid to Lawrence W Willis / Willis & Associates as the remainder of the Attorney's Fees. The Trustee is to pay the allowed fees to the extent of available funds from the balance on hand at the date of this order, without the need for plan confirmation and notwithstanding any Order dismissing the case or rule or requirement regarding the disposition of any balance on hand as of the dismissal date.

　　IT IS FURTHER ORDERED the Clerk shall record the total award of compensation in the amount of $4,463.12.

　　Additional fees may be paid through the Chapter 13 Plan provided that the Debtor amends the plan within twenty-one (21) days after the application for fees is allowed to increase the plan payment sufficiently to include those fees, if not already provided for. The fees must be paid from the Debtor's resources without decreasing the percentage or amount to be paid to other creditors through the plan.

IT IS FURTHER ORDERED THAT
the hearing scheduled for
December 15, 2017 is cancelled.



BY THE COURT:

_____
Hon. Jeffery A. Deller

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Howard E Weightman
Lois E Weightman
    Debtors

Case No. 17-70096-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7  User: lfin  Page 1 of 1  Date Rcvd: Nov 20, 2017
                      Form ID: pdf900  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.
db/jdb     +Howard E Weightman,   Lois E Weightman,   3192 Main Rd,   Bedford, PA 15522-3901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:
        Anthony T. Kovalchick   on behalf of Creditor Dep't of Revenue   Office of Attorney General akovalchick@attorneygeneral.gov
        James Warmbrodt   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
        Jill Locnikar   on behalf of Creditor   United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
        Joseph Jasper Swartz   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us
        Kevin J. Petak   on behalf of Creditor James R Casteel kpetak@spencecuster.com, mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
        Kevin J. Petak   on behalf of Creditor Barbara A. Casteel kpetak@spencecuster.com, mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
        Larry E. Wahlquist   on behalf of U.S. Trustee   Office of the United States Trustee larry.e.wahlquist@usdoj.gov
        Lawrence W. Willis   on behalf of Joint Debtor Lois E Weightman help@urfreshstrt.com, urfreshstrt@gmail.com
        Lawrence W. Willis   on behalf of Debtor   Allegheny-Apple Productions, LLC help@urfreshstrt.com, urfreshstrt@gmail.com
        Lawrence W. Willis   on behalf of Debtor Howard E Weightman help@urfreshstrt.com, urfreshstrt@gmail.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                   TOTAL: 12