**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>HOWARD E WEIGHTMAN<br>LOIS E WEIGHTMAN<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Repondents. | Case No.:17-70096 JAD<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 02/10/2017  and confirmed on 01/01/1900 .  The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

　　2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,106.00 |
| Less Refunds to Debtor | 963.12 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,142.88 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 2,000.00 | |
| 　Trustee Fee | 142.88 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,142.88 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 5427 | | | | |
| 　PA DEPARTMENT OF REVENUE* | 2,132.69 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 9241 | | | | |
| 　NATIONSTAR MORTGAGE LLC(*) | 7,181.89 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 5427 | | | | |
| 　AMERICREDIT FINANCIAL SVCS INC DBA G | 10,274.15 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 9610 | | | | |
| | ***NONE*** | | | |
| Priority | | | | |
| 　LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　HOWARD E WEIGHTMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　LAWRENCE W WILLIS ESQ | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| 　　Acct: XXXXXXXXXXXXXXXXXXXXINER | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9241 | | | | |
| | HOWARD E WEIGHTMAN | 963.12 | 963.12 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7886 | | | | |
| | *** N O N E *** | | | | |
| Unsecured | | | | | |
| | FIRST NATIONAL BANK OF PA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 155A | | | | |
| | FIRST COMMONWEALTH BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3192 | | | | |
| | BANK AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8870 | | | | |
| | BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7613 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 363.91 | 0.00 | 0.00 | 0.00 |
| | Acct: 9190 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5584 | | | | |
| | CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3917 | | | | |
| | EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8669 | | | | |
| | FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1106 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6217 | | | | |
| | HOMEWARD RESIDENTIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9716 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5003 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 631.91 | 0.00 | 0.00 | 0.00 |
| | Acct: 5724 | | | | |
| | MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9730 | | | | |
| | MORTGAGE LENDERS NETWORK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5011 | | | | |
| | NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2725 | | | | |
| | NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0179 | | | | |
| | OCWEN LOAN SERVICING LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7522 | | | | |
| | AMERICREDIT FINANCIAL SVCS INC DBA G | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXPRAE | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ONE MAIN FINANCIAL GROUP LLC A/S/F W | 9,106.94 | 0.00 | 0.00 | 0.00 |
| | Acct: 3906 | | | | |
| | PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7886 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | PENELEC/FIRST ENERGY** | 12,895.19 | 0.00 | 0.00 | 0.00 |
| | Acct: 2474 | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0685 | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1111 | | | | |
| | REGER RIZZO AND DARNALL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5520 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1111 | | | | |
| | TD AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9726 | | | | |
| | THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6967 | | | | |
| | VALLEY CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0086 | | | | |
| | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIRST COMMONWEALTH BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIGI'S COMPANIES INC | 90.64 | 0.00 | 0.00 | 0.00 |
| | Acct: 7D2M | | | | |
| | STONEBERRY | 748.65 | 0.00 | 0.00 | 0.00 |
| | Acct: 6C2G | | | | |
| | PENELEC/FIRST ENERGY** | 300.61 | 0.00 | 0.00 | 0.00 |
| | Acct: 9756 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 984.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | MIDLAND FUNDING LLC | 737.75 | 0.00 | 0.00 | 0.00 |
| | Acct: 1809 | | | | |
| | UPMC BEDFORD | 850.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9241 | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                     0.00

```
TOTAL CLAIMED
  PRIORITY               0.00
  SECURED           19,588.73
  UNSECURED         26.710.10
```

Date: 02/21/2018                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com