**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> HOWARD E WEIGHTMAN <br> LOIS E WEIGHTMAN <br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:17-70096 JAD <br><br><br><br> Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/10/2017 and confirmed on 01/01/1900. The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,106.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,106.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,000.00 | |
|    Trustee Fee | 142.88 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,142.88 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5427 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 7,181.89 | 0.00 | 0.00 | 0.00 |
|     Acct: 5427 | | | | |
|   PA DEPARTMENT OF REVENUE* | 2,132.69 | 0.00 | 0.00 | 0.00 |
|     Acct: 9241 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA C | 10,274.15 | 0.00 | 0.00 | 0.00 |
|     Acct: 9610 | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HOWARD E WEIGHTMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HOWARD E WEIGHTMAN | 963.12 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 17-70096 JAD | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| LAWRENCE W WILLIS ESQ<br>Acct: XXXXXXXXXXXXXXXXXXXXINER | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 9241 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 7886 | 0.00 | 0.00 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXXXXXXX0096 | 963.12 | 963.12 | 0.00 | 963.12 |
| | | | | 963.12 |

**Unsecured**

| Creditor | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| FIRST NATIONAL BANK OF PA**<br>Acct: 155A | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK<br>Acct: 3192 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK AMERICA<br>Acct: 8870 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA**<br>Acct: 7613 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 9190 | 363.91 | 0.00 | 0.00 | 0.00 |
| COMENITY BANK<br>Acct: 5584 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT CONTROL COLLECTIONS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ENHANCED RECOVERY COMPANY<br>Acct: 3917 | 0.00 | 0.00 | 0.00 | 0.00 |
| EOS CCA<br>Acct: 8669 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*)<br>Acct: 1106 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST PREMIER BANK<br>Acct: 6217 | 0.00 | 0.00 | 0.00 | 0.00 |
| HOMEWARD RESIDENTIAL++<br>Acct: 9716 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 5003 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE<br>Acct: 5724 | 631.91 | 0.00 | 0.00 | 0.00 |
| MERRICK BANK<br>Acct: 9730 | 0.00 | 0.00 | 0.00 | 0.00 |
| MORTGAGE LENDERS NETWORK++<br>Acct: 5011 | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY GROUP**<br>Acct: 2725 | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY GROUP**<br>Acct: 0179 | 0.00 | 0.00 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC(*)<br>Acct: 7522 | 0.00 | 0.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC A/S/F W<br>Acct: 3906 | 9,106.94 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 7886 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENELEC/FIRST ENERGY**<br>Acct: 2474 | 12,895.19 | 0.00 | 0.00 | 0.00 |
| PRA AG FUNDING LLC<br>Acct: 0685 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1111 | | | | |
| | REGER RIZZO AND DARNALL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5520 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1111 | | | | |
| | TD AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9726 | | | | |
| | THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6967 | | | | |
| | VALLEY CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0086 | | | | |
| | FIGI'S COMPANIES INC | 90.64 | 0.00 | 0.00 | 0.00 |
| | Acct: 7D2M | | | | |
| | STONEBERRY | 748.65 | 0.00 | 0.00 | 0.00 |
| | Acct: 6C2G | | | | |
| | PENELEC/FIRST ENERGY** | 300.61 | 0.00 | 0.00 | 0.00 |
| | Acct: 9756 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 984.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | MIDLAND FUNDING LLC | 737.75 | 0.00 | 0.00 | 0.00 |
| | Acct: 1809 | | | | |
| | UPMC BEDFORD | 850.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9241 | | | | |
| | AMERICREDIT FINANCIAL SVCS INC DBA ( | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXPRAE | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIRST COMMONWEALTH BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                                                          963.12

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 963.12 |
| SECURED | 19,588.73 |
| UNSECURED | 26.710.10 |

Date: 06/20/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com