# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# JOHNSTOWN DIVISION

In re:  
    HOWARD E WEIGHTMAN  
    LOIS E WEIGHTMAN  
    Debtor(s)

Case No. 17-70096JAD

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/10/2017.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 11/17/2017.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $59,425.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

Case 17-70096-JAD   Doc 79   Filed 07/10/18   Entered 07/10/18 15:13:16   Desc
Page 2 of 4


**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $3,106.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$3,106.00**

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $142.88 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$2,142.88**

Attorney fees paid and disclosed by debtor:   $1,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIAL SVCS INC | Secured | 10,274.00 | 10,274.15 | 10,274.15 | 0.00 | 0.00 |
| BANK AMERICA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT | Priority | NA | NA | 963.12 | 963.12 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT CONTROL COLLECTIONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY COMPANY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EOS CCA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIGI'S COMPANIES INC | Unsecured | NA | 90.64 | 90.64 | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA** | Unsecured | 518.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HOMEWARD RESIDENTIAL++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | NA | 984.50 | 984.50 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 518.00 | 631.91 | 631.91 | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 529.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 737.75 | 737.75 | 0.00 | 0.00 |
| MORTGAGE LENDERS NETWORK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY GRC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY GRC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC(*) | Secured | 181,399.00 | 185,338.97 | 0.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC(*) | Secured | 0.00 | 7,181.89 | 7,181.89 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC A | Unsecured | 11,679.00 | 9,106.94 | 9,106.94 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Secured | 0.00 | 2,132.69 | 2,132.69 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PENELEC/FIRST ENERGY** | Unsecured | 0.00 | 300.61 | 300.61 | 0.00 | 0.00 |
| PENELEC/FIRST ENERGY** | Unsecured | 0.00 | 12,895.19 | 12,895.19 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 363.00 | 363.91 | 363.91 | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| REGER RIZZO AND DARNALL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| STONEBERRY | Unsecured | NA | 748.65 | 748.65 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TD AUTO FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THD/CBSD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UPMC BEDFORD | Unsecured | NA | 850.00 | 850.00 | 0.00 | 0.00 |
| VALLEY CREDIT SERVICE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $7,181.89 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $10,274.15 | $0.00 | $0.00 |
| All Other Secured | $2,132.69 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$19,588.73** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $963.12 | $963.12 | $0.00 |
| **TOTAL PRIORITY:** | **$963.12** | **$963.12** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$26,710.10** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,142.88 |
| Disbursements to Creditors | $963.12 |
| **TOTAL DISBURSEMENTS:** | **$3,106.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/10/2018    By: /s/ Ronda J. Winnecour
                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**